FILED

JUL 0 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA § § | |
| v.   § § | CRIMINAL NO. **A19CR 140 RP** |
| CHRISTOPHER GREEN,   § § § | |
| *Defendant.* § § § | |

## ORDER FOR BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| **CHRISTOPHER GREEN** | Based on a request by the U.S. Attorney's Office, it is recommended that Defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

ENTERED on this 2nd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE