AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Green<br><br>*Defendant* | )<br>)  Case No.  1:19-cr-140 (01) RP<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher Green                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm


Date:    07/02/2019                                              _____
                                                                                   *Issuing officer's signature*

City and state:    Austin, Texas                                Katherine Wallace, Courtroom Deputy
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                             _____
                                                                                   *Arresting officer's signature*

                                                                                   _____
                                                                                   *Printed name and title*