UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER GREEN,<br>BOOKING# 1900029,<br><br>     *Defendant.* | §§§§§§§§§§ CRIMINAL NO.: **A19CR 140 RP**<br><br>**FILED**<br><br>JUL 0 3 2019<br><br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY_____<br>DEPUTY CLERK |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the **8th** day of **July**, 2019; that the Defendant is incarcerated and is now in the custody of the Travis County Correctional Complex, 3614 Bill Price Road, Del Valle, Texas, 78617.

WHEREFORE, the government respectfully requests that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Travis County Correctional Complex Records Department (records-delvalle@co.travis.tx.us), commanding it to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on **July 8**, 2019, at **11:00** A.M. for the purpose of said proceedings, and any further proceedings to be had in this cause.

                                                            *Respectfully submitted,*

                                                            JOHN F. BASH
                                                            UNITED STATES ATTORNEY

                            By:     *Gabriel Cohen*

                                                            Gabriel Cohen
                                                            Assistant U.S. Attorney
                                                            903 San Jacinto Boulevard, Suite 334
                                                            Austin, Texas 78701
                                                            (512) 916-5858 (office)
                                                           (512) 916-5854 (fax)